UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAKE RAY BUTTERFIELD,<br><br>Defendant. | CASE NO. CR03-448-MJP<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on February 27, 2008. The United States was represented by Bruce Miyake. The defendant was represented by Michael Kolker.

## CONVICTION AND SENTENCE

Defendant had been convicted of Two Counts Possessing and Uttering Counterfeit Securities on or about June 4, 2004. The Honorable Marsha J. Pechman of this court sentenced Defendant to 41 months of confinement, followed by 3 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

U.S. Probation Officer Patrick Robertson for Felix Calvillo alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Committing the crime of Theft (shoplift) in King county Washington, on or about January 28, 2007, in violation of the general condition that he not commit a federal, state or local crime.

(2) Failing to notify the probation office withing 72 hours of his January 28, 2007 arrest by a law enforcement officer, in violation of standard condition number 11.

(3) Using methamphetamine on or before January 8, 2007, in violation of the general condition of supervision and standard condition number 7.

I advised the defendant of the charges and of his constitutional rights. The defendant admitted to violation 1-3, and waived any hearing as to whether they occurred.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the Court.

DATED this 28th day of February, 2008.

                                    MONICA J. BENTON
                                    United States Magistrate Judge

cc:  Sentencing Judge            :   Hon. Marsha J. Pechman
     Assistant U.S. Attorney     :   Bruce Miyake
     Defense Attorney            :   Michael Kolker
     U. S. Probation Officer     :   Felix Calvillo

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-