# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAKE RAY BUTTERFIELD,

        Defendant.

Case No. CR03-448 MJP

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on December 28, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by James Osterle, and defendant was represented by Ralph Hurvitz. Also present was U.S. Probation Officer Leona Nguyen. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on June 2, 2004 by the Honorable Marsha J. Pechman for possessing and uttering counterfeit securities. He received 41 months of detention and 3 years of supervised release. Mr. Butterfield's supervised release has been revoked twice previously for committing the crime of theft, failing to notify the probation officer of law enforcement contact, and using methamphetamine. He began his third term of supervised release on August 7, 2009,

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

which is scheduled to expire on August 6, 2010.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated December 4, 2009, Senior U.S. Probation Officer Jennifer Tien alleged that defendant violated the following conditions of supervised release:

1. Failing to report for urinalysis testing on November 5, 16, and 30, 2009, in violation of the special condition of drug aftercare.

2. Failing to report for a scheduled appointment with U.S. Probation Officer on November 30, 2009, in violation of standard condition number 2.

3. Using methamphetamine on or before November 23, 2009, in violation of standard condition number 7.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing January 15, 2010 at 3:15 p.m. before District Judge Marsha J. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 28th day of December, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge